United States District Court
Southern District of Texas
**ENTERED**
June 04, 2019
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

FILED
MAY 30 2019
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-00616 |
|---|---|---|---|

| Wells Fargo Bank, N.A. |
|---|
| *versus* |
| Tina S. Alexander |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harry E. Morse<br>Bohman \| Morse LLC<br>650 Poydras St., Suite 2710<br>New Orleans, LA 70130<br>(504) 930-4022   harry@bohmanmorse.com<br>Licensed: Louisiana #31515 |
|---|---|

| Name of party applicant seeks to appear for: | Tina S. Alexander |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 05/28/2019 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: *active* |
|---|
| Dated: 5/31/19   Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 6-3-19

_____
United States District Judge