UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MTGLQ Investors, L.P.** | § | |
| | § | |
| **v.** | § | Civil Action 4:19-cv-00616 |
| | § | |
| **Tina Alexander** | § | |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL SETTING AND MODIFY SCHEDULING ORDER**

On this day came on for consideration MTGLQ Investors, L.P. and Tina Alexander's joint motion to continue trial setting and modify scheduling order. Upon consideration of the motion, this court finds it is well taken and should be **GRANTED** as follows:

**IT IS ORDERED** the June 8, 2020 trial setting is continued until _____, 20\_\_\_.

**IT IS FURTHER ORDERED** the dispositive motions deadline in the court's scheduling order (doc. 10) is extended to June 1, 2020.

SIGNED this \_\_\_\_\_ day of _____, 2020.

_____
JUDGE PRESIDING