*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

United States Courts
Southern District of Texas
FILED
November 06, 2020

David J. Bradley, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 06, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-20528   Wells Fargo Bank, N.A. v. Tina Alexander
                  USDC No. 4:19-CV-616

The court has granted appellant's motion to reinstate the appeal.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shawn D. Henderson, Deputy Clerk
                        504-310-7668

Mr. David J. Bradley
Mr. Harry E. Morse
Ms. Monica Summers
Mr. C. Charles Townsend