UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MTGLQ INVESTORS, L.P.,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | **CIVIL ACTION NO. 4:19-cv-00616** |
| § | |
| **TINA ALEXANDER,** § | |
| § | |
| **Defendants.** § | |

**EXECUTION AND ORDER OF SALE**

*TO ANY SHERIFF WITHIN THE STATE OF TEXAS:*

WHEREAS, on the 2nd day of SEPTEMBER, 2020, MTGLQ INVESTORS, L.P. recovered a Judgment in the Southern District of Texas, Houston Division against TINA ALEXANDER for the sum of $851,235.44; together with a judgment of foreclosure of lien on/in the property as hereinafter set out in addition to the costs expended in that behalf;

LOT FOURTEEN (14), IN BLOCK THIRTEEN (13) OF FROSTWOOD, SECTION TWO (2), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 77, PAGE 52 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to proceed according to law and seize and sell the above described property as under execution, and apply the proceeds thereof to the payment and satisfaction of the aforesaid judgment in the sum or sums with interest as shown above plus all cost of said suit as itemized in the attached cost statement, excluding costs due the county.

TO SERVING OFFICER:

HEREIN FAIL NOT, return this writ with your return thereon, on or before 90 days from the date of issuance of this Writ, to the Southern District of Texas, Houston Division. FIRST, retain your costs and fees for holding said sale. SECOND, remit the court costs to the Clerk of the Southern District of Texas, Houston Division. THIRD, remit the payment of the remaining monies received to the proper parties as shown in the Judgment. All in accordance with the statutes of the State of Texas.

GIVEN UNDER MY HAND and seal of office in Houston, Texas, on this the ___ day of _____, 2025, A.D.

Issued at the request of:
Tasha James
Aldridge Pite, LLP
101 E. Park Blvd., Ste. 600
Plano, Texas 75074

_____
Clerk of the Court